# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1821

_____

|  |  |  |
|---|---|---|
| Elizabeth Winker, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the Eastern |
| The Boeing Company, | * | District of Missouri. |
| | * | |
| Defendant, | * | [UNPUBLISHED] |
| | * | |
| McDonnell Douglas Corporation, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: April 3, 2001
Filed: April 6, 2001

_____

Before BOWMAN, HANSEN, and BYE, Circuit Judges.

_____

PER CURIAM.

Elizabeth Winker appeals from the district court's[1] dismissal of her claims under the Americans with Disabilities Act, the Missouri Human Rights Act, and the Labor

_____

[1]The Honorable Jean C. Hamilton, Chief Judge, United States District Court for the Eastern District of Missouri.

Management Relations Act, and from its[2] adverse grant of summary judgment on her claim under the Rehabilitation Act.  Because the district court treated the dismissal motion as a summary judgment motion, we review both orders de novo, <u>see</u> <u>Lynn v. Deaconess Med. Ctr.-W. Campus</u>, 160 F.3d 484, 486-87 (8th Cir. 1998), and we conclude the district court's rulings were proper for the reasons stated in its orders.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.  We deny Winker's pending motions.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.